UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00190-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| HIKMATULLAH SADULLAH ) | |
| a/k/a HIKMATTULAH SADULLAH ) | |
| a/k/a HIKMAT SHADMAN ) | |
| a/k/a HIKMATULLAH SHADMAN ) | |

This matter comes before the court on the Government's Motion to Dismiss the Indictment. For good cause shown, the Indictment charging this Defendant is hereby dismissed with prejudice.

SO ORDERED, this \_\_\_\_1\_\_\_\_ day of \_\_April\_\_, 2019.

_____
TERRENCE W. BOYLE
Chief United States District Judge